UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOSEPH GARY BAXTER AND PATRICIA MARY BAXTER**,

Petitioners,

v.

**THE UNITED STATES OF AMERICA**,

Respondent.

Case No. 15-cv-04764 YGR

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, the Court hereby **SETS** a Case Management Conference in this case to be held on Monday, December 14, 2015 at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1, 4th Floor.  The Case Management Conference in this case will be held together with the Case Management Conference previously set in related case, *Baxter v. United States, et al.*, Case No. 15-cv-02138 YGR, at the same time.

The parties shall file a joint case management conference statement seven days in advance of the case management conference date.  The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive.  Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California