BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
COLIN C. SAMPSON
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7020
Email: Colin.Sampson@usdoj.gov

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
AMY MATCHISON (CABN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6422
Email: Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for Defendants the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH GARY BAXTER; PATRICIA MARY BAXTER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 4:15-CV-04764-YGR <br><br> **UNITED STATES' OPPOSITION TO AND MOTION FOR SUMMARY DENIAL OF AMENDED PETITION TO QUASH INTERNAL REVENUE SERVICE THIRD PARTY SUMMONSES** <br><br> DATE: Tuesday, December 15, 2015 <br> TIME: 2:00p.m. <br> LOCATION: Courtroom 1, 4th floor, <br> 1301 Clay Street, Oakland |

UNITED STATES' OPPOSITION AND MOTION
FOR SUMMARY DENIAL OF AMENDED PETITION,
4:15-cv-04764-YGR

Respondent the United States of America (the "United States") by and through its undersigned attorneys, hereby moves this Court to summarily deny the Amended Petition to Quash Internal Revenue Service Third Party Summonses (Doc. No. 7) issued to the California Supreme Court filed by Petitioner Joseph Gary Baxter and Patricia Mary Baxter.

The Amended Petition is untimely with respect to the IRS Summons served on the California Supreme Court related to Petitioners' 2012 federal income tax liabilities, which was not filed within the twenty-day period provided by 26 U.S.C. § 7609(b)(2)(A), and therefore this Court lacks subject matter jurisdiction to quash the Summons. Further, the United States has satisfied the requirements set forth by *United States v. Powell*.   379 U.S. 48, 57-58 (1964).

In support of this Motion, the United States submits the Memorandum in Support, Declaration of Internal Revenue Service Revenue Agent Shirley Steen, and Attachments A through G, also filed herewith.

Dated this 9th day of November, 2015.

BRIAN J. STRETCH
Acting United States Attorney,
Northern District of California

*/s/ Colin C. Sampson*
COLIN C. SAMPSON
Assistant United States Attorney,
Tax Division

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the following:

1. **United States' Opposition to and Motion for Summary Denial of Amended Petition to Quash IRS Third Party Summonses and Motion to Enforce Summonses;**

2. **Memorandum in Support;**

3. **Declaration of IRS Revenue Agent Shirley E. Steen; and**

4. **Attachments A through G**

has been made this 9th day of November, 2015, via the Court's ECF system to the following:

Sara H. Baxter
Baxter Law Offices
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
707-544-1149
Fax: 707-544-1148
Email: sbaxterlaw@gmail.com

*Attorney for Petitioners*

　　　　　　　　　　　　　　　　　　　　*/s Colin Sampson*
　　　　　　　　　　　　　　　　　　　　COLIN SAMPSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney,
　　　　　　　　　　　　　　　　　　　　Tax Division