UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GARY BAXTER AND PATRICIA MARY BAXTER,**<br><br>Petitioners,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | Case No. 15-cv-04764-YGR<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING; AMENDING BRIEFING SCHEDULE**<br><br>**RE: DKT. NO. 24** |

On February 22, 2016, the government[1] filed a motion to alter or amend the judgment of this Court. (Dkt. No. 24.) Therein the government argues, *inter alia*, that this Court is without jurisdiction to order an *in camera* review of documents produced pursuant to the Summons for 2011 and Summons for 2012. (*See id.*)

The government's motion fails to identify the legal basis upon which the IRS is entitled to documents protected by the attorney-client privilege. *See Highland Capital Mgt., L.P. v. United States*, 2015 WL 5692377, at *3 (2d Cir. Sept. 29, 2015) (holding that a district court's failure to consider attorney-client privilege on motion to quash third-party IRS summons constitutes error).

The government is **ORDERED** to file a supplemental brief on this topic not to exceed three (3) pages no later than March 8, 2016. The briefing schedule on the motion is **AMENDED** as follows: the Baxters' response to the government's motion and supplemental brief is due by March 22, 2016, and the government's reply is due by March 29, 2016.

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] All terms herein have the same meaning as defined in this Court's order on the Baxters' petition to quash. (Dkt. No. 22.)